AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |
| --- | --- | --- |

## McALLEN DIVISION

UNITED STATES OF AMERICA

V.

Santos Demetrio Quintanilla-Rivas

United States District Court
Southern District of Texas
FILED

FEB 02 2019

Clerk of Court

**CRIMINAL COMPLAINT**

Case Number:    **M-19-0237-M**

IAE     YOB:    1994
El Salvador

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. On or about _____January 31, 2019_____ in ___Hidalgo___ County, in

the _____Southern_____ District of _____Texas_____

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to El Salvador in pursuance of law, and thereafter was found near Granjeno, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title ___8___ United States Code, Section(s) ___1326___ (Felony)

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Santos Demetrio Quintanilla-Rivas was encountered by Border Patrol Agents near Granjeno, Texas on January 31, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on January 31, 2019, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on March 08, 2017 through Alexandria, Louisiana. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On October 14, 2016, the defendant was convicted of Misdemeanor Sexual Abuse of a Child or Minor and was sentenced to one hundred eighty (180) days confinement, ninety (90) days suspended sentence and two (2) years probation.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on February 02, 2019.

Continued on the attached sheet and made a part of this complaint:     ☐ Yes   ☒ No

Submitted by reliable electronic means, sworn to and attested
telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

**/S/ Miguel Valle**
Signature of Complainant

**February 2, 2019**      @ 3:50 PM

Miguel Valle          Senior Patrol Agent

J. Scott Hacker               , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer